IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| David Bond | : Chapter 13 |
| | : Case No. 19-11660mdc |
| Debtor(s) | : |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation at docket number 23.

Dated: October 31, 2019              /s/ Brad J. Sadek, Esquire
                                     Brad J. Sadek, Esquire
                                     Sadek and Cooper
                                     1315 Walnut Street, Suite 502
                                     Philadelphia, PA 19107
                                     215-545-0008